**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                  Criminal No. 07-cr-7-01-B

<u>Jeffrey Munroe</u>

**O R D E R**

    The defendant has moved to continue the April 3, 2007 trial in the above case.  Defendant cites the need for additional time to prepare for the resolution of this case.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to  properly prepare for trial or a negotiated disposition of the case, the court will continue the trial from April 3, 2007 to June 5, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The March 22, 2007 final pretrial

conference is continued until May 22, 2007 at 2:30 PM.

    SO ORDERED.


                                              /s/ Paul Barbadoro  
                                              Paul Barbadoro  
                                              Chief Judge

March 14, 2007

cc:   James Gleason, Esq.  
      Karin Eckel, Esq.  
      United States Probation  
      United States Marshal